# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FRONTLINE FABRICS, INC.,

Plaintiff,

v.

GULIPEK KUMAS VE IPLIK VE, *et al.*,

Defendants.

**Case No. 2:25-cv-07342-KSM**

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF A PARTY**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Frontline Fabrics, Inc. ("Plaintiff") voluntarily dismisses from this action only Defendant Early Warning Services, LLC ("EWS") without prejudice and, in support thereof, respectfully states as follows:

1. Plaintiff filed this action on December 26, 2025, alleging claims and seeking relief against Defendants Gulipek Kumas Ve Iplik Ve; TD Bank, N.A.; Truist Bank; EWS; Federal Insurance Company; and John Does 1-10.

2. Pursuant to Rule 41(a)(1)(A)(i), a Plaintiff may voluntarily dismiss an action against a defendant without a court order by filing a notice of dismissal before the opposing party has served either an answer or a motion for summary judgment. EWS has not served an answer or a motion for summary judgment in this matter.

3. Accordingly, this notice constitutes, without further order of the Court, the dismissal of EWS as a party to the above-captioned action without prejudice.

Respectfully submitted,

GOLDSTEIN LAW PARTNERS, LLC

Dated: March 14, 2026

______________________________

**Jonathan Goldstein**
Attorney I.D. No. 201627
Email: jgoldstein@goldsteinlp.com
**Britain Henry**
Attorney I.D. 314279
Email: bhenry@goldsteinlp.com
**David R. Osborne**
Attorney I.D. No. 318024
Email: dosborne@goldsteinlp.com
GOLDSTEIN LAW PARTNERS, LLC
200 School Alley, Suite 5
Green Lane, PA 18054
Telephone: 610-949-0444
Facsimile: 215-257-1910
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has on this date been served using the Court's Electronic Filing System, which will send electronic notification of said filing to all counsel of record in this matter.

Dated: March 14, 2026

*/s/ David R. Osborne*

**David R. Osborne**
Pa. Attorney I.D. No. 318024
Email: dosborne@goldsteinlp.com
GOLDSTEIN LAW PARTNERS, LLC
200 School Alley, Suite 5
Green Lane, PA 18054
Telephone: 610-949-0444
Facsimile: 215-257-1910
*Counsel for Plaintiff*