**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **FRONTLINE FABRICS, INC.,** et al.,<br><br>Plaintiff,<br><br>***v.***<br><br>**GÜLIPEK KUMAS VE IPLIK VE,** et al.,<br><br>Defendants. | **CIVIL ACTION**<br><br>**No. 25-7342-KSM** |

**ORDER**

**AND NOW** this 11th day of August, 2026, upon consideration of Defendant TD Bank, N.A.'s Motion to Dismiss (Doc. No. 18), Plaintiff's opposition brief (Doc. No. 20), TD Bank's reply brief (Doc. No. 21), and the arguments made by counsel at oral argument on July 8, 2026, it is **ORDERED** that the motion is **GRANTED** as follows:

1. Count I is **DISMISSED WITH PREJUDICE** as against TD Bank.

2. Count III is **DISMISSED WITHOUT PREJUDICE** as against TD Bank.

Frontline may file an amended complaint as to this claim if it can cure the deficiencies identified in the accompanying Memorandum.[1]

[1] Any amendment should include only those factual allegations that "have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery." Fed. R. Civ. P. 11(b).

3. By **August 21, 2026,** TD Bank shall either: (a) file an amended complaint that complies with this Order or (b) inform TD Bank that it does not intend to file an amended complaint.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

**KAREN SPENCER MARSTON, J.**