**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **FRONTLINE FABRICS, INC.,** et al.,<br>Plaintiff,<br>***v.***<br>**GULIPEK KUMAS VE IPLIK VE,** et al.,<br>Defendants. | **CIVIL ACTION**<br>**No. 25-7342-KSM** |

**ORDER**

**AND NOW** this 1st day of September, 2026, upon consideration of Defendant Gülipek Kumas Ve İplik Ve's Motion to Dismiss (Doc. No. 25), Plaintiff's opposition brief (Doc. No. 27), Gülipek Kumas Ve İplik Ve's reply brief (Doc. No. 29), and the arguments made by counsel at oral argument on July 8, 2026, it is **ORDERED** that the motion is **GRANTED**, and the sole claim against Gülipek Kumas Ve İplik Ve is **DISMISSED.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

**KAREN SPENCER MARSTON, J.**