**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| FRONTLINE FABRICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GULIPEK KUMAS VE IPLIK VE, et al.,<br><br>Defendants. | Civil Action No.2:25-cv-07342-KSM |

**DEFENDANT TD BANK, N.A.'S**
**MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Defendant, TD Bank, N.A. ( "TD Bank"), by and through its undersigned counsel, hereby moves this Court pursuant to the Federal Rule of Civil Procedure 12(b)(6), for an order dismissing Plaintiff Frontline Fabrics, Inc.'s ("Plaintiff") Amended Complaint in its entirety as to TD Bank. The grounds for this motion are set forth in and supported by the accompanying Memorandum of Law, Declaration of Susan M. Leming pursuant to the Court's Policies and Procedures II. B.1, and proposed form of Order, all of which are incorporated here by reference.

Respectfully submitted,

Dated: October 23, 2026

*s/Susan M. Leming*
Susan M. Leming
**BROWN & CONNERY**
360 North Haddon Avenue
Westmont, NJ 08108
Phone: (856) 854-8900
Facsimile: (856) 858-4967
sleming@brownconnery.com

*Counsel for Defendant TD Bank, N.A.*