**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| FRONTLINE FABRICS, INC.,<br>Plaintiff,<br>v.<br>GULIPEK KUMAS VE IPLIK VE, et al.,<br>Defendants. | Civil Action No.2:25-cv-07342-KSM |

**DECLARATION OF SUSAN M. LEMING IN SUPPORT OF DFENDANT TD BANK, N.A.'S MOTION TO DISMISS <u>PLAINTIFF'S AMENDED COMPLAINT</u>**

I, Susan M. Leming, hereby declares as follows:

1. I am a Partner at Brown & Connery, LLP, and counsel for Defendant TD Bank, N.A. ("TD Bank"). I am familiar with the facts and circumstances set forth in this declaration.

2. Pursuant to the Section II.B.1. of the Policies and Procedures of the Honorable Karen Spencer Marston, on September 21, 2026, I reached out to Plaintiff's counsel to coordinate a discussion about the viability of the Amended Complaint.

3. On September 23, 2026, I initiated a telephone conference with Plaintiff's counsel to discuss the claim against TD Bank as alleged in the Amended Complaint. David Osborne, counsel for Plaintiff and I discussed TD Bank's position that the claims are ripe for dismissal under the UCC Article 4A. Counsel also discussed the prior hearing and Court's ruling on TD Bank's Motion to Dismiss the Complaint. Mr. Osborne indicated that Plaintiff would be proceeding with its claims as they thought they had alleged enough via the amendment and "really wanted to get to discovery".

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

Executed this 23rd day of October, 2026

By: *s/Susan M. Leming*

Susan M. Leming
**BROWN & CONNERY**
360 North Haddon Avenue
Westmont, NJ 08108
Phone: (856) 854-8900
Facsimile: (856) 858-4967
sleming@brownconnery.com