**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| FRONTLINE FABRICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GULIPEK KUMAS VE IPLIK VE, et al.,<br><br>Defendants. | Civil Action No.2:25-cv-07342-KSM |

**[PROPOSED] ORDER**

Upon consideration of Defendant TD Bank, N.A.'s ("TD Bank") motion to dismiss Plaintiff's Amended Complaint in its entirety as to its claims against TD Bank, and the Court having reviewed and considered all papers submitted in support thereof and opposition thereto (if any); and the Court having heard and considered the oral arguments of counsel thereupon (if any);

**IT IS** on this __________ day of ___________________________, 2026, hereby:

**ORDERED** that TD Bank's Motion is **GRANTED**; and it is further

**ORDERED** that Plaintiff's Amended Complaint is hereby **DISMISSED** in its entirety as to TD Bank with prejudice.

BY THE COURT:

_______________________________

HONORABLE KAREN S. MARSTON
UNITED STATES DISTRICT JUDGE